USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 07 2014

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

REORG RESEARCH, INC.,

                Plaintiff,

v.

CODY LISTER,

                Defendant.

Civil Action No.: 13-cv-9197 (KBF)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Cody Lister pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) without costs, each party to bear its own fees and costs.

| | |
|---|---|
| LOWENSTEIN SANDLER LLP<br>*Attorneys for Plaintiff Reorg Research, Inc.*<br>1251 Avenue of the Americas, 18th Floor<br>New York, New York 10020<br>Tel: (212) 262-6700<br>Fax: (212) 262-7402 | ARENT FOX LLP<br>*Attorneys for Defendant Cody Lister*<br>1675 Broadway<br>New York, NY 10019<br>Tel: (212) 484-3915<br>Fax: (212) 484-3990 |
| By: s/ Amy K. Wiwi      Date: 10/7/14<br>     Amy Komoroski Wiwi, Esq. | By: Allen G. Reiter      Date: 10/6/14<br>     Allen G. Reiter, Esq. |

So ordered.

K. B. Forrest
USDJ
10/7/14